Before the First Division, November 27, 1967

**No. P67/415.**—Karl Schroff & Associates, Inc. *v.* United States, protests 63/8337–13425, etc. (Chicago).

**No. P67/416.**—Karl Schroff & Associates, Inc. *v.* United States, protests 63/12262–13573, etc. (Chicago).

**No. P67/417.**—Karl Schroff & Associates, Inc. *v.* United States, protests 63/15476–13679, etc. (Chicago).

**No. P67/418.**—Karl Schroff & Associates, Inc. *v.* United States, protests 63/17404–13801, etc. (Chicago).

**No. P67/419.**—Karl Schroff & Associates, Inc. *v.* United States, protests 64/1275–14098, etc. (Chicago).

**No. P67/420.**—Dowst Manufacturing Company *v.* United States, protests 65/5752–14577 and 65/8656–14957 (Chicago).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric motors similar in all material respects to those the subject of *Gamble Vargish & Co., dba Seabury & Co.* v. *United States* (57 Cust. Ct. 448, C.D. 2834), the claim of the plaintiffs was sustained.